CARLIE CHRISTENSEN, Acting United States Attorney (#633)
RICHARD D. McKELVIE, Assistant United States Attorney(#2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6925

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:09-CR-00243-003 |
| Plaintiff, | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS<br>U.S.S.G. § 6A1.2, DUCrimR 32-1 |
| NICHOLAS K. LAWS, | : | |
| Defendant. | : | |
| | : | Judge Ted Stewart |

The United States of America, by and through the undersigned Assistant United States

Attorney, and  pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District

Court for the District of Utah, states that after reviewing the Presentence Report prepared by the

U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is

//

//

//

unaware of any matters disputed between the government and the defendant with respect to such

report.  The United States has no objection to the Presentence Report.


DATED this 22th day of June, 2010.


CARLIE CHRISTENSEN
Acting United States Attorney

*/S/ Richard D. McKelvie*
 _____

RICHARD D. MCKELVIE
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and

that a copy of the foregoing Position of the United States with Respect to Sentencing Factors was

mailed postage prepaid, delivered through interoffice mail or electronically filed to all parties

named below, this <u>22</u> day of June, 2010.


Randy S. Ludlow
185 South State Street # 208
Salt Lake City, Utah 84111

U.S. Probation Officer
Glen Manross


*/S/ Kris Osmond*
 _____

Legal Assistant

3